1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>                        Plaintiff,<br>  vs.<br>NEW DANE, d/b/a DANE-ELEC; GIGASTONE CORPORATION; and DANE ELEC CORP. USA, a/k/a DANE CORP.;<br><br>                      Defendants. | Case Nos.<br><br>13-cv-2897-H-BGS<br>13-cv-2899-H-BGS<br>13-cv-2914-H-BGS<br>13-cv-2915-H-BGS<br>13-cv-2938-H-BGS<br>13-cv-2946-H-BGS |
| E.DIGITAL CORPORATION,<br><br>                        Plaintiff,<br>  vs.<br>EYE-FI, INC.,<br><br>                      Defendant. | **ORDER REGARDING TENTATIVE CLAIM CONSTRUCTION ORDER** |
| E.DIGITAL CORPORATION,<br><br>                        Plaintiff,<br>  vs.<br>MUSHKIN, INC.,<br><br>                      Defendant. | |

| | |
|---|---|
| E.DIGITAL CORPORATION, | |
| Plaintiff, | |
| vs. | |
| OTHER WORLD COMPUTING, INC., | |
| Defendant. | |
| E.DIGITAL CORPORATION, | |
| Plaintiff, | |
| vs. | |
| SWISSBIT AG; and SWISSBIT NA, INC., | |
| Defendants. | |
| E.DIGITAL CORPORATION, | |
| Plaintiff, | |
| vs. | |
| SEAGATE TECHNOLOGY LLC., | |
| Defendant. | |

On September 18, 2014, Plaintiff and Defendants filed a joint hearing statement identifying seven disputed claim terms from U.S. Patent No. 5,839,108. (13-cv-2894-H-BGS, Doc. No. 38.) On October 30, 2014, the parties filed their opening claim construction briefs. (13-cv-2897-H-BGS Doc. Nos. 32 & 33.) On November 13, 2014, the parties filed responsive claim construction briefs. (Doc. Nos. 34 & 35.) The Court will hold a claim construction hearing on Friday, December 12, 2014 at 9:00 a.m.

On November 21, 2014, the Court issued a tentative claim construction order. In light of that order, the Court directs Plaintiff to submit a proposed order as to each term the Court construed supporting the Court's tentative claim construction order. Plaintiff must provide an analysis as to the Court's adoption of each construction. Plaintiff must file its proposed order on or before **December 4, 2014**. Defendants must

file either objections to Plaintiff's proposed order or an alternative proposed order supporting the Court's construction as to each term on or before **December 10, 2014**. The parties will not be deemed to have waived any of their arguments through these submissions.

**IT IS SO ORDERED.**

DATED: November 21, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT